

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/22/2021
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

**MEMO ENDORSED**

July 21, 2021

VIA ECF
Hon. Valerie E. Caproni
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

      Re:    *Belem, et al. v. Renaud, et al.*, No. 21 Civ. 4093 (VEC)

Dear Judge Caproni:

      This Office represents the government in this action in which the plaintiffs seek an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Petition for Alien Relative (Form I-130) and Application to Register Permanent Residence or to Adjust Status (Form I-485). The Court has scheduled an initial conference in this case on August 6, 2021, for which the parties' joint pre-conference submission is due today. *See* ECF No. 26. I write respectfully to request an on-consent extension of time for the government to respond to the complaint from July 23 to September 21, 2021, and an adjournment of the August 6 initial conference to the week of October 4, 2021, or thereafter. This is the second request to adjourn the initial conference, *see* ECF No. 25,[1] and the first request to extend the government's time to respond to the complaint.

      Since the parties' June 21 joint request to adjourn the initial conference, USCIS has approved the Form I-130 and issued a Request for Evidence ("RFE") regarding the Form I-485. The RFE response is due August 6, 2021, and plaintiff's counsel informs me that he anticipates that a response will be submitted within the next two weeks. The extension and adjournment are thus requested to allow the plaintiff to submit his response to the RFE and USCIS to process the response and determine next steps, which may include taking adjudicative action that potentially could render this case moot. I respectfully request that the Court accept this letter in lieu of the parties' pre-conference submission. The plaintiff consents to these requests.

      I thank the Court for its consideration of this letter.

                                            Respectfully submitted,

                                            AUDREY STRAUSS
                                            United States Attorney

                          By:   *s/ Michael J. Byars*
                                            MICHAEL J. BYARS
                                            Assistant United States Attorney
                                            Telephone: (212) 637-2793
                                            Facsimile: (212) 637-2786
                                            E-mail: michael.byars@usdoj.gov

cc: Counsel of record (via ECF)

---

[1] The Court granted the parties' adjournment request in its June 22, 2021 Order. *See* ECF No. 26.

Application GRANTED.

Defendant's time to answer, move, or otherwise respond to the Complaint is adjourned to **Tuesday, September 21, 2021**.  The initial pre-trial conference, currently scheduled for Friday, August 6, 2021 at 11:00 A.M., is hereby adjourned to **Friday, October 8, 2021 at 11:00 A.M.** Pre-conference submissions are due no later than **Thursday, September 30, 2021**.

For the conference call in information and a description of the pre-conference submission requirements, the parties should consult the Court's order at docket entry 16.

SO ORDERED.

Date: July 22, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE