**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SID ABASS BELEM, RAVEN HOLLAND,

                         Plaintiffs,

      -against-                                         21 **CIVIL** 4093 (VEC)

                                                         **<u>JUDGMENT</u>**

UR M. JADDOU, DIRECTOR OF U.S. CITIZENSHIP
AND IMMIGRATION SERVICES; U.S.
CITIZENSHIP AND IMMIGRATION SERVICES;
ALEJANDRO MAYORKAS, SECRETARY OF U.S.
DEPARTMENT OF HOMELAND SECURITY; U.S.
DEPARTMENT OF HOMELAND SECURITY;
SUSAN QUINTANA, FIELD OFFICE DIRECTOR
OF U.S. CITIZENSHIP AND IMMIGRATION
SERVICES,

                        Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated May 25, 2022, Defendants' motion to dismiss is GRANTED, and this case is DISMISSED; accordingly, the case is closed.

**Dated:**  New York, New York

       May 26, 2022

                                                                 **RUBY J. KRAJICK**

                                                                   **Clerk of Court**
                                 **BY:**   *K. Mango*
                                                                    **Deputy Clerk**